UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHA LEWIS; BRENDA DINTINO,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; and DOES 1-10, AND "and all persons or entities known or unknown, claiming any legal or equitable right, title, estate, lien or interest in the property described in this Complaint adverse to Plaintiffs' title, or any cloud upon Plaintiffs' title thereto"; and DOES 1-10_, inclusive,<br><br>Defendants. | CASE NO.: 8:19-cv-00655-JVS-ADS<br><br>*[Assigned to the Honorable James V. Selna]*<br><br>**JUDGMENT OF DISMISSAL OF ACTION WITH PREJUDICE** |

The motion to dismiss action for Plaintiffs' failure to comply with the Court's Order filed by defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo") was scheduled for hearing on September 30, 2019 in the above-entitled court. On September 27, 2019, the Court vacated the hearing, and after full consideration of the authorities and written arguments submitted by Wells Fargo and Plaintiffs' statement of non-opposition,

the Court issued its Order granting Wells Fargo's motion to dismiss the Complaint with prejudice.

Accordingly:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. Wells Fargo's motion to dismiss action for failure to comply with the Court's Order (Dkt. 15) is granted;

2. The Complaint is dismissed, as to all causes of action, with prejudice;

3. Judgment is entered in favor of defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo"); and against Plaintiffs Marsha Lewis and Brenda Dintino;

4. Plaintiffs Marsha Lewis and Brenda Dintino will recover nothing in this action from defendant Wells Fargo.

DATED: January 21, 2020

HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE